No. 79–5756.  MANN *v*. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–5758.  HODGES *v*. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–5759.  McGILL *v*. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–5770.  DEL PRETE *v*. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–5772.  CORRAL *v*. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–5781.  WOODING *v*. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–1445.  SOUTHERN CALIFORNIA IBEW–NECA PENSION PLAN ET AL. *v*. JOHNSTON ET VIR.  Ct. App. Cal., 2d App. Dist.  Motion of respondent Frances E. Johnston for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 79–583.  MINNESOTA *v*. HELENBOLT.  Sup. Ct. Minn. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 79–666.  BISHOP ET AL. *v*. FURTADO ET AL.  C. A. 1st Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.